IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 3:19 cr 08 |
| Plaintiff, | : | |
| v. | : | THOMAS M. ROSE |
| **GAIL COOPER** | : | **INFORMATION**<br>26 U.S.C. § 7202 |
| Defendant. | : | |

**THE UNITED STATES CHARGES THAT:**

<u>COUNT 1</u>
[26 U.S.C. § 7202]

GAIL COOPER, a resident of Greenville, Ohio, operated a business under the name Greenville Architectural Glass, LLC, with its principal place of business in Greenville, Ohio. During the third quarter of the year 2013, ending September 30, 2013, she deducted and collected from the total taxable wages of her employees federal income taxes and Federal Insurance Contributions Act taxes in the sum of $48,656.06. On or about October 31, 2013, in the Southern District of Ohio, she did willfully fail to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld and due and owing to the United States of America for the quarter ending September 30, 2013.

In violation of Title 26, United States Code, Section 7202.

BENJAMIN C. GLASSMAN
United States Attorney

MELISSA S. SISKIND
THOMAS F. KOELBL
Trial Attorneys
U.S. Department of Justice, Tax Division